| | |
|---|---|
| Robert Volz (CA SBN 209704) <br> SAAD AHMAD & ASSOCIATES <br>    39159 Paseo Padre Parkway, Suite 307 <br>    Fremont, CA 94538 <br>    Tel:  510-713-9847 | *E-FILED 12/19/05* |

Attorneys for Petitioner

KEVIN V. RYAN (CA SBN 118321)
United States Attorney
Joann M. Swanson (CA SBN 88143)
Chief, Civil Division
Mark St. Angelo (CA SBN 74045)
Assistant United States Attorney
   150 Almaden Blvd., Suite 900
   San Jose, CA 95113-2009
   Telephone: 408-535-5087

Attorneys for Defendants

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| East Bay Hindu Community Center Inc., <br><br>       Plaintiff, <br><br> v. <br><br> Alberto Gonzales, Attorney General of the United States, et al., <br><br>       Defendants. | **No. C-05-4371 RS** <br><br> **STIPULATION FOR DISMISSAL, AND [~~PROPOSED~~] ORDER** |

     IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by and through their respective undersigned attorneys, that this matter may and should be dismissed, with each party to bear his/her/its own costs and attorney's fees, because this matter is now moot.

Respectfully submitted,

| | |
|---|---|
| SAAD AHMAD & ASSOCIATES | KEVIN V. RYAN <br> United States Attorney |
| | |
| /s/ Robert Volz <br> Robert Volz <br> Attorneys for Petitioner <br> Date:  12-15-05 | /s/ Mark St. Angelo <br> Mark St. Angelo, Assistant U.S. Attorney <br> Attorneys for Defendants <br> Date:  16 Dec '05 |

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Clerk of the Court is hereby directed to enter on the docket the dismissal of this case, and no party to this action shall have any liability to any other party for any costs of suit or attorneys' fees incurred in connection with this action.

Date: 12/19/05

/s/ Richard Seeborg
Hon. RICHARD SEEBORG
United States Magistrate Judge